IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CASE NO. 14-21773-JAD** |
| **Joseph D. Caputo and** | : | |
| **Ruth N. Caputo,** | : | **CHAPTER 13** |
|     **Debtor(s)** | : | |
| | : | **DOC. NO. 70** |
| | : | |
| **Joseph D. Caputo and** | : | **RELATED TO DOC. NO. 65, 68** |
| **Ruth N. Caputo,** | : | |
|     **Movant(s)** | : | **CONCIL CONF.** |
|     vs. | : | **October 13, 2016 at 1:00 PM** |
| | : | |
| **JPMorgan Chase Bank, N.A.,** | : | |
|     **and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Trustee** | : | |
|     **Respondents** | : | |

## CERTIFICATE OF SERVICE OF ORDER DATED SEPTEMBER 2, 2016, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 1, 2016

    I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated September 2, 2016, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated September 1, 2016, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: September 7, 2016

                                    By:/s/ Sharla R. Munroe
                                    Sharla R. Munroe, Paralegal
                                    McElrath Legal Holdings, LLC
                                    1641 Saw Mill Run Blvd
                                    Pittsburgh, PA 15210
                                    Tel: 412.765.3606
                                    Fax: 412.765.1917

MATRIX OF PARTIES SERVED

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail:**

Caputo, Joseph & Ruth N
P.O. Box 5
Fredericktown, PA 15333

Advanced Recovery System
901 E 8th Ave Ste 206
King Of Prussia, PA 19406

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Asset Acceptance
Po Box 2036
Warren, MI 48090

At&T
Po Box 57907  Attn: Dispute Investigatio
Murray, UT 84157-0907

Capital One
PO Box 71083
Charlotte, NC 28272

Certegy
P.O. Box 30046
Tampa, FL 33630

Chase
Po Box 24696
Columbus, OH 43224

Chase Manhattan Bank
PO Box 830016
Baltimore, MD 21283

Citifinancial
PO Box 830016
Baltimore, MD 21283

Colonial Acceptance
312 Fallowfield Ave
Charleroi, PA 15022

Colonial Acceptance Co
312 Fallowfield Ave
Charleroi, PA 15022

Comenity Bank/Express
Po Box 182789
Columbus, OH 43218

Credit Coll/Usa
Po Box 873
Morgantown, WV 26507

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Credit Management Company
2121 Noblestown Road
Pittsburg, PA 15205

Eagle Emergency Care Inc.
PO Box 28
Washington, PA 15301

eCAST Settlement Corp.
Post Office Box 35480
Newark, NJ 07193-5480

ECS of Pennsylvania
P.O. Box 5020
Knoxville, TN 37950

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Gemb/Jcp
Po Box 984100
El Paso, TX 79998

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

HVHS
2 Peartree Way
Beaver, PA 15009

JP Morgan Chase Bank
7255 Baymeadows Way
Mailstop JAXB2007
Jacksonville, FL 32256

KML Law Group
Suite 5000-Mellon
Independence Center
701 Market Street
Philadelphia, PA 19106

LVNV Funding
Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Masterfin
333 South Anita Drive  Suite 150
Orange, CA 92668

Midland Credit Management
8875 Aero Dr
San Diego, CA 92123

Midnight Velvet
1112 7th Ave
Monroe, WI 53566

Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364

Mon valley Hospital
1163 Country Club Road
Monongahela, PA 15063-1095

National City
Pob 400104
Pittsburgh, PA 15278

Natl Recover
4201 Crums Mill Rd
Harrisburg, PA 17112

Nco Fin/55
Po Box 13570
Philadelphia, PA 19101

Palisades Collection
210 Sylvan Ave
Englewood, NJ 07632

Quantum3 Group LLC
P.O. Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services
PO Box 10826
Greenville, SC 29603-0826

Revenue Recovery
P O Box 2698
Knoxville, TN 37901

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

Sears Roebuck and Co.
P.O. Box 2400
Omaha, NE 68103-2400

Shaws Jewelers
375 Ghent Rd
Fairlawn, OH 44333

Southwest Gastroenterology
3515 Washington Road
Suite 570
McMurray, PA 15317

United Collect Bureau
5620 Southwyck Blvd Ste
Toledo, OH 43614

Verizon Wireless/Great
1515 Woodfield Rd Ste140
Schaumburg, IL 60173

Washington Hospital
155 Wilson Avenue
Washington, PA 15301

Washington Hospital
ATTN: Ed Scheddy
155 Wilson Avenue
Washington, PA 15301

Washington Mutual
Po Box 1093
Northridge, CA 91328

West Penn Power
c/o First Energy
Revenue Assurance
1310 Fairmont Avenue
Fairmont, WV 26554

Wfnnb/Express
Po Box 330066
Northglenn, CO 80233

Windstream
1720 Galleria Boulevard
Charlotte, NC 28270

Windstream
Attn: Support Services
1720 Galleria Blvd.
Charlotte, NC 28270

World Financial Network
National Bank
Value City Furniture
c/o Weinstein & Riley, P.S.
2101 Fourth Avenue, Suite 900
Seattle, WA 98121

Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228