# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| | : | **Case No. 14-21773-JAD** |
| **Joseph Caputo and** | : | |
| **Ruth N. Caputo,** | : | |
| Debtor | : | **Chapter 13** |
| **Joseph Caputo,** | : | |
| Movant | : | |
| S. S. No. xxx-xx-7096 | : | **Related to Doc. No. 67** |
| | : | |
| v. | : | |
| **Tervita** | : | **WO-1** |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
## ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, <u>Shaina Little</u>, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 13, 2016</u>, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated <u>September 2, 2016</u> together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

<u>Executed on:  September 13, 2016</u>

/s/ Shaina Little
Shaina Little, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Joseph Caputo
Ruth N. Caputo
P.O. Box 5
Fredericktown, PA 15333

Tervita
Attention: Payroll Administrator
111 Conner Lane
Belle Vernon, PA 15012