# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
10/17/16 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Conciliation Conference:***

- **Debtor:** JOSEPH D. & RUTH N. CAPUTO
- **Case Number:** 14-21773-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 13, 2016 01:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**ced *Matter:***

#65 Amended Plan dated 9/1/16 FC
R / M #: 65 / 0

**ced *Appearances:***

- Debtor: Frati[?]
- Trustee: Winnecour / Bedford / Pail / **Katz** (circled)
- Creditor:

Debtor to consider whether they can afford plan payments necessary to complete.

**ced *Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **11/17/16** at **3:00pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: