**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| **Joseph D. Caputo and** | : | **Case No. 14-21773-JAD** |
| **Ruth N. Caputo,** | : | |
|     **Debtors** | : | **Chapter 13** |
| | : | |
| **Joseph D. Caputo,** | : | |
|     **Movant** | : | |
| **S. S. No. xxx-xx- 7096** | : | **Related to Doc. No. 74** |
| | : | |
|     **v.** | : | |
| **Tervita,** | : | **WO-1** |
|     **Respondent** | : | |
| | : | |

<u>CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

    I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 14, 2016, I served a copy of the above-captioned pleading and within Wage attachment **Order Terminating Payroll Deduction** dated November 12, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

<u>Executed on November 14, 2016</u>        /s/ Shaina Little
                                                            Shaina Little, Paralegal
                                                            McElrath Legal Holdings, LLC
                                                            1641 Saw Mill Run Boulevard
                                                           Pittsburgh, PA 15210
                                                           slittle@mcelrathlaw.com
                                                           Tel: 412.765.3606
                                                           Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Joseph D. Caputo
Ruth N. Caputo
P.O. Box 5
Fredericktown, PA 15333

Tervita
Attention: Payroll Administrator
111 Conner Lane
Belle Vernon, PA 15012