## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Joseph D. Caputo and | : | Bankruptcy No. 14-21773-JAD |
| Ruth N. Caputo, | : | |
| Debtor | : | Chapter 13 |
| Joseph D. Caputo, | : | |
| Social Security No. xxx-xx-7096. | : | Related To Doc. # 73 |
| Movant | : | |
| vs. | : | |
| Tervita, | : | |
| Attention: Payroll Administrator | : | |
| Respondent | : | |
| and | : | Filed Under Local Bankruptcy |
| Ronda J. Winnecour, Esquire, | : | Rule 9013.4 Para. 6(c) |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

### ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **Tervita.**

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this 12th day of November, 2016.

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Joseph D. and Ruth N. Caputo
Paul W. McElrath, Jr., Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
11/12/16 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-21773-JAD
Joseph D. Caputo                                                    Chapter 13
Ruth N. Caputo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: msch           Page 1 of 1           Date Rcvd: Nov 14, 2016
                               Form ID: pdf900      Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db/jdb         +Joseph D. Caputo,   Ruth N. Caputo,   P.O. Box 5,   Fredericktown, PA 15333-0005
               +Tervita,   Attn: Payroll Administrator,   111 Conner Lane,   Belle Vernon, PA 15012-4569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMORGAN CHASE BANK, NA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Mary L. Thibadeau    on behalf of Creditor   The Washington Hospital / Washington Health System
           mary.thibadeau@klgates.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6