# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
11/18/16 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Conciliation Conference:*__**

| | |
|---|---|
| Debtor: | JOSEPH D. & RUTH N. CAPUTO |
| Case Number: | 14-21773-JAD       Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 17, 2016 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**ized *Matter:*__**

#65 - Continued Confirmation of Plan Dated 9/1/2016 - FC
R / M #:   65 / 0

**realized *Appearances:*__**

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz    *[handwritten: Meta G.]*
Creditor:

**realized *Proceedings:*__**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 12/14/17 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[handwritten notes:]* Need information about new job to determine feasibility. Already continued once for this reason. Plan pmt has to increase substantially. 2nd mortgage not addressed. No 506 filed.

11/9/2016   3:46:09PM