**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| **Joseph D. Caputo and** | : | **Case No. 14-21773-JAD** |
| **Ruth N. Caputo,** | : | |
|     **Debtors** | : | **Chapter 13** |
| | : | |
| **Joseph D. Caputo,** | : | |
|     **Movant** | : | |
| **S. S. No. xxx-xx- 7096** | : | **Related to Doc. No. 78** |
| | : | |
| **v.** | : | |
| **Westmoreland Sanitary Landfill,** | : | **WO-1** |
|     **Respondent** | : | |
| | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

I, <u>Shaina Little</u>, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 22, 2016</u>, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated <u>November 17, 2016</u> together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

<u>Executed on:  November 22, 2016</u>

/s/ Shaina Little
Shaina Little, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

# MATRIX OF PARTIES SERVED

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Joseph D. Caputo
Ruth N. Caputo
P.O. Box 5
Fredericktown, PA 15333

Westmoreland Sanitary Landfill
Attention: Payroll Administrator
407 Jefferson Road
Waynesburg, PA 15370