UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JOSEPH D. & RUTH N. CAPUTO
**Case Number:** 14-21773-JAD        **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, DECEMBER 14, 2016  09:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Contested Hearing On Confirmation Of Debtors' Chapter 13 Plan Dated 9/1/2016
- No Response Filed
R / M #:  65 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTORS:  PAUL W. McELRATH, JR., ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ✓ To Conciliation Conference For Janv 19, ~~2016~~ 2017 at 3:00 AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**Conciliation Conference Continued To
January 19, 2017 at 3:00 PM
p60 (Chapter 13 Trustee)**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
12/14/16 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA