IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Joseph D. Caputo and
Ruth N. Caputo,
        Debtors

Joseph D. Caputo,
SS. No. (xxx-xx-7096)
        Movant

v.

Westmoreland Sanitary Landfill,

        Respondent

: Case No. 14-21773-JAD
: Chapter 13
: Related to Doc. No. 85

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS, THEREFORE, ORDERED that the wage attachment currently in place with **Westmoreland Sanitary Landfill, 407 Jefferson Road, Waynesburg, PA 15370** is Terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

DATED this 16th day of December, 2016.

_____
Jeffery A. Deller     mas
Chief Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   Joseph D. and Ruth N. Caputo
   Paul W. McElrath, Jr., Esquire
   Ronda J. Winnecour, Esquire
   Office of United States Trustee

FILED
12/16/16 5:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph D. Caputo  
Ruth N. Caputo  
    Debtors

Case No. 14-21773-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Dec 16, 2016  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db/jdb     +Joseph D. Caputo,   Ruth N. Caputo,   P.O. Box 5,   Fredericktown, PA 15333-0005  
            +Westmoreland Sanitary Landfill,   Attn: Payroll Manager,   407 Jefferson Road,    Waynesburg, PA 15370-8069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
            [ *** NO NAME OR ADDRESS SUPPLIED *** ]  
                                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:  
        Andrew F Gornall     on behalf of Creditor     JPMORGAN CHASE BANK, NA agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Mary L. Thibadeau     on behalf of Creditor     The Washington Hospital / Washington Health System mary.thibadeau@klgates.com  
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.     on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,    donotemail.ecfbackuponly@gmail.com  
        Paul W. McElrath, Jr.     on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,    donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 6