# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-21773-JAD |
|     Joseph D. Caputo and | : | |
|     Ruth N. Caputo, | : | |
|                Debtors | : | CHAPTER 13 |
| | : | |
|     Joseph D. Caputo and | : | RELATED TO DOC. NO. 82 |
|     Ruth N. Caputo, | : | |
|                Movants | : | HEARING DATE AND TIME : |
| | : | January 11, 2017 at 10 :00 AM |
|    vs. | : | |
| | : | |
| **Advanced Recovery System,** | : | |
| **Asset Acceptance,** | : | |
| **AT&T,** | : | |
| **Capital One,** | : | |
| **Certegy,** | : | |
| **Chase,** | : | |
| **Chase Manhattan Bank,** | : | |
| **Citifinancial,** | : | |
| **Colonial Acceptance,** | : | |
| **Comenity Bank,** | : | |
| **Credit Collection,** | : | |
| **Credit Management,** | : | |
| **Eagle Emergency Care,** | : | |
| **ECast Settlement Corp,** | : | |
| **ECS of Pennsylvania,** | : | |
| **First Premier Bank,** | : | |
| **GE Money Bank,** | : | |
| **HSBC Bank,** | : | |
| **HVHS,** | : | |
| **JP Morgan Chase Bank,** | : | |
| **LVNV Funding,** | : | |
| **Masterfin,** | : | |
| **Midland Credit Management,** | : | |
| **Midnight Velvet,** | : | |
| **Mon Valley Hospital,** | : | |
| **National City,** | : | |
| **National Recovery,** | : | |
| **NCO Financial,** | : | |
| **Palisades Collection,** | : | |
| **Quantum3 Group,** | : | |
| **Resurgent Capital,** | : | |
| **Revenue Recovery,** | : | |

| | |
|---|---|
| **Roundup Funding, LLC,** | : |
| **Sears,** | : |
| **Shaws Jewelers,** | : |
| **Southwest Gastroenterology,** | : |
| **United Collect,** | : |
| **Verizon,** | : |
| **Washington Hospital,** | : |
| **Washington Mutual,** | : |
| **West Penn Power,** | : |
| **Windstream,** | : |
| **World Financial,** | : |
| **Zenith, and** | : |
| **Ronda J. Winnecour, Esquire,** | : |
| **Chapter 13 Trustee/** | : |
| **Respondents** | : |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Chapter 13 Case, filed on December 14, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 3, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: January 4, 2017         By:   /s/ Paul W. McElrath
                                     Paul W. McElrath, Esquire
                                     Attorney for Debtor/Movant
                                     PA I.D. #86220
                                     1641 Saw Mill Run Blvd.
                                     Pittsburgh, PA 15210
                                     (412) 765-3606