**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | **DEFAULT O/E JAD** |
| JOSEPH D. CAPUTO and RUTH N. CAPUTO, | : | Bankruptcy No. 14-21773-JAD |
| | : | |
| | : | Related To Doc. No. 82 |
| | : | |
| Debtors. | : | Chapter 13 |
| | X | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
**AND TERMINATING INCOME ATTACHMENT(S)**

AND NOW, this **6th** day of **January**, 2017, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**, and that the Debtors remain legally liable for all of their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtors are ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtors shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors And Parties In Interest

FILED
1/6/17 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-21773-JAD
Joseph D. Caputo                                                Chapter 13
Ruth N. Caputo
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala              Page 1 of 3              Date Rcvd: Jan 06, 2017
                              Form ID: pdf900         Total Noticed: 62
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.
```
db/jdb         +Joseph D. Caputo,    Ruth N. Caputo,    P.O. Box 5,    Fredericktown, PA 15333-0005
13845511       +Advanced Recovery System,    901 E 8th Ave Ste 206,    King Of Prussia, PA 19406-1354
13860397       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13845513        At&T,    Po Box 57907 Attn: Dispute Investigatio,    Murray, UT 84157-0907
13845551      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Washington Mutual,     Po Box 1093,    Northridge, CA 91328)
13845515       +Capital One,    PO Box 85147,    Richmond, VA 23276-0001
13845514       +Capital One,    PO Box 85167,    Richmond, VA 23285-5167
13860400       +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13845516       +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
13845517       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13845518        Chase Manhattan Bank,    PO Box 830016,    Baltimore, MD 21283
13845519        Citifinancial,    PO Box 830016,    Baltimore, MD 21283
13845520       +Colonial Acceptance,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
13845522       +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
13860413        ECS of Pennsylvania,    P.O. Box 5020,    Knoxville, TN 37950
13845526       +Eagle Emergency Care Inc.,    PO Box 28,    Washington, PA 15301-0028
13845527       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13845531       +HVHS,    2 Peartree Way,    Beaver, PA 15009-1954
13845530       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13845532       +JP Morgan Chase Bank,    7255 Baymeadows Way,    Mailstop JAXB2007,    Jacksonville, FL 32256-6851
14030900       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13850986        JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
13845533       +KML Law Group,    Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13845535       +Masterfin,    333 South Anita Drive Suite 150,    Orange, CA 92868-3320
13845537       +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13845538        Mon valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13845539       +National City,    Pob 400104,    Pittsburgh, PA 15278-0001
13845540       +Natl Recover,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
13845541        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13845544       +Revenue Recovery,    P O Box 2698,    Knoxville, TN 37901-2698
13860435        Sears Roebuck and Co.,    P.O. Box 2400,    Omaha, NE 68103-2400
13845548       +United Collect Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
13845549       +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
13860440       +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
13845550       +Washington Hospital,    ATTN: Ed Scheddy,    155 Wilson Avenue,    Washington, PA 15301-3398
13845553       +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
13860445       +Windstream,    1720 Galleria Boulevard,    Charlotte, NC 28270-2408
13845554       +Windstream,    Attn: Support Services,    1720 Galleria Blvd.,    Charlotte, NC 28270-2408
13845556       +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
13860412        eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13845512       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 07 2017 01:21:16      Asset Acceptance,
                 Po Box 2036,    Warren, MI 48090-2036
13845523       +E-mail/Text: ccusa@ccuhome.com Jan 07 2017 01:20:47      Credit Coll/Usa,    Po Box 873,
                 Morgantown, WV 26507-0873
13845524       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 07 2017 01:21:39
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13845525       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 07 2017 01:21:39
                 Credit Management Company,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13845528        E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2017 01:30:17      Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13845529        E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2017 01:30:43      Gemb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
13877091        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 07 2017 01:21:35      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13845534       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:29:58      LVNV Funding,
                 Citibank,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13860421        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:30:23      LVNV Funding,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13921569        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:30:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of Monogram Credit Card Bank,
                 of Georgia,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13921571        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:30:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2            User: aala                   Page 2 of 3                    Date Rcvd: Jan 06, 2017
                                Form ID: pdf900              Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13921570       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:30:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13921572       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:30:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
                 Corporation,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13845536      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 07 2017 01:21:19      Midland Credit Management,
                 8875 Aero Dr,    San Diego, CA 92123-2255
13845542      +E-mail/Text: ebn@vativrecovery.com Jan 07 2017 01:20:58      Palisades Collection,
                 210 Sylvan Ave,    Englewood, NJ 07632-2510
13860431       E-mail/Text: bnc-quantum@quantum3group.com Jan 07 2017 01:21:03      Quantum3 Group LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
13850417       E-mail/Text: bnc-quantum@quantum3group.com Jan 07 2017 01:21:03
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13845543       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:29:58
                 Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
13845545       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 07 2017 01:29:58
                 Roundup Funding, LLC,    MS 550,   P.O. Box 91121,    Seattle, WA 98111-9221
13845546      +E-mail/Text: ebnsterling@weltman.com Jan 07 2017 01:21:00      Shaws Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4601
13845552     ++E-mail/Text: bankruptcy@firstenergycorp.com Jan 07 2017 01:21:24      West Penn Power,
                 c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
13845555      +E-mail/Text: bncmail@w-legal.com Jan 07 2017 01:21:27      World Financial Network National Bank,
                 Value City Furniture,    c/o Weinstein & Riley, P.S.,    2101 Fourth Avenue, Suite 900,
                 Seattle, WA 98121-2339
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NA
cr              The Washington Hospital / Washington Health System
13860396*      +Advanced Recovery System,    901 E 8th Ave Ste 206,    King Of Prussia, PA 19406-1354
13860398*      +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
13860399*       At&T,   Po Box 57907 Attn: Dispute Investigatio,    Murray, UT 84157-0907
13860442*     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court: Washington Mutual,    Po Box 1093,    Northridge, CA 91328)
13860401*      +Certegy,   P.O. Box 30046,    Tampa, FL 33630-3046
13860402*      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13860403*       Chase Manhattan Bank,    PO Box 830016,    Baltimore, MD 21283
13860404*       Citifinancial,    PO Box 830016,    Baltimore, MD 21283
13860405*      +Colonial Acceptance,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
13845521*      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
13860406*      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
13860407*      +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
13860408*      +Credit Coll/Usa,    Po Box 873,    Morgantown, WV 26507-0873
13860409*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13860410*      +Credit Management Company,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13860411*      +Eagle Emergency Care Inc.,    PO Box 28,    Washington, PA 15301-0028
13860414*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13860415*       Gemb/Jcp,   Po Box 984100,    El Paso, TX 79998
13860417*      +HVHS,    2 Peartree Way,    Beaver, PA 15009-1954
13860416*      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13860418*      +JP Morgan Chase Bank,    7255 Baymeadows Way,    Mailstop JAXB2007,    Jacksonville, FL 32256-6851
13860419*      +KML Law Group,    Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13860420*      +LVNV Funding,    Citibank,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13860422*      +Masterfin,    333 South Anita Drive Suite 150,    Orange, CA 92868-3320
13860423*      +Midland Credit Management,    8875 Aero Dr,    San Diego, CA 92123-2255
13860424*      +Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
13860425*       Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
13860426*       Mon valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
13860427*      +National City,    Pob 400104,    Pittsburgh, PA 15278-0001
13860428*      +Natl Recover,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
13860429*       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13860430*      +Palisades Collection,    210 Sylvan Ave,    Englewood, NJ 07632-2510
13860432*       Resurgent Capital Services,    PO Box 10826,    Greenville, SC 29603-0826
13860433*      +Revenue Recovery,    P O Box 2698,    Knoxville, TN 37901-2698
13860434*       Roundup Funding, LLC,    MS 550,   P.O. Box 91121,    Seattle, WA 98111-9221
13860436*      +Shaws Jewelers,    375 Ghent Rd,    Fairlawn, OH 44333-4601
13860437*      +Southwest Gastroenterology,    3515 Washington Road,    Suite 570,    McMurray, PA 15317-3070
13860438*      +United Collect Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
13860439*      +Verizon Wireless/Great,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6046
13860441*      +Washington Hospital,    ATTN: Ed Scheddy,    155 Wilson Avenue,    Washington, PA 15301-3398
13860443*      +West Penn Power,    c/o First Energy,    Revenue Assurance,    1310 Fairmont Avenue,
                 Fairmont, WV 26554-3526
13860444*      +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
13860446*      +Windstream,    Attn: Support Services,    1720 Galleria Blvd.,    Charlotte, NC 28270-2408
```

```
District/off: 0315-2          User: aala                  Page 3 of 3                   Date Rcvd: Jan 06, 2017
                              Form ID: pdf900             Total Noticed: 62


              ***** BYPASSED RECIPIENTS (continued) *****
13860447*     +World Financial Network National Bank,    Value City Furniture,    c/o Weinstein & Riley, P.S.,
                2101 Fourth Avenue, Suite 900,    Seattle, WA 98121-2339
13860448*     +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
13845547    ##+Southwest Gastroenterology,    3515 Washington Road,    Suite 570,    McMurray, PA 15317-3070
                                                                                           TOTALS: 2, * 45, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NA agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
          Mary L. Thibadeau    on behalf of Creditor    The Washington Hospital / Washington Health System
           mary.thibadeau@klgates.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Joseph D. Caputo ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Ruth N. Caputo ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```