**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOSEPH D. CAPUTO
RUTH N. CAPUTO
      Debtor(s)

      Case No.:14-21773 JAD

Ronda J. Winnecour
      Movant

      Document No.:

      vs.
No Repondents.

---

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/30/2014  and confirmed on 07/08/2014 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,895.67 |
| Less Refunds to Debtor | 914.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,981.67 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 1,791.07 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,291.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 32,861.08 | 0.00 | 32,861.08 |
|   Acct: XXXXXXXX5/14 | | | | |
| CHASE MANHATTAN BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9945 | | | | |
| JPMORGAN CHASE BANK NA | 69,263.52 | 8,824.52 | 0.00 | 8,824.52 |
|   Acct: XXXXXXXXX4/14 | | | | |
| | | | | 41,685.60 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOSEPH D. CAPUTO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOSEPH D. CAPUTO | 914.00 | 914.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 5.00 | 5.00 | 0.00 | 5.00 |
|   Acct: XXXXXXXXXXXXXXXXXK NA | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 5.00 |
| **Unsecured** | | | | |
| ADVANCED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0495 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6445 | | | | |
| ATT CREDIT MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8901 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 169.52 | 0.00 | 0.00 | 0.00 |
| Acct: 9175 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,366.05 | 0.00 | 0.00 | 0.00 |
| Acct: 7510 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4471 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1500 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3812 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3812 | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6560 | | | | |
| CREDIT COLLECTIONS USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5201 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2571 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2218 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ECS OF PENNSYLVANIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1486 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5502 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0612 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0612 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1486 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5502 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,781.18 | 0.00 | 0.00 | 0.00 |
| Acct: 3699 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,727.71 | 0.00 | 0.00 | 0.00 |
| Acct: 2610 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4763 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5821 | | | | |
| MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 355O | | | | |
| MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |

14-21773 JAD    **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 3 of 4

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8512 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5560 | | | | |
| NCO FINANCIAL SYSTEMS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2451 | | | | |
| PALISADES COLLECTION LLC/ASTA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1102 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,116.40 | 0.00 | 0.00 | 0.00 |
| Acct: 5170 | | | | |
| REVENUE RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1706 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4028 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 909.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WASHINGTON HEALTH SYSTEM | 2,085.96 | 0.00 | 0.00 | 0.00 |
| Acct: XXPUTO | | | | |
| WEST PENN POWER** | 2,618.34 | 0.00 | 0.00 | 0.00 |
| Acct: 7150 | | | | |
| WINDSTREAM COMMUNICATIONS | 328.88 | 0.00 | 0.00 | 0.00 |
| Acct: 7096 | | | | |
| ZENITH ACQUISTITIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0560 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2122 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0573 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5127 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MASTER FINANCIAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0996 | | | | |
| RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| STERLING INC/DBA SHAWS JWLRS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8433 | | | | |
| WASHINGTON MUTUAL BANK* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2122 | | | | |
| THE EXPRESS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0573 | | | | |
| VALUE CITY FURNITURE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                 41,690.60

TOTAL CLAIMED
PRIORITY                5.00
SECURED             69,263.52
UNSECURED           14.103.99

Date: 03/09/2017                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA
                                              ID #30399
                                              CHAPTER 13 TRUSTEE WD
                                              PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.co
                                              m